
FILED
DEC 30 2016
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 09-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ISAIAH THOMAS FOLLET, | |
| Defendant. | |

On December 13, 2016, United States Magistrate Judge Timothy Cavan entered Findings and Recommendations with respect to the August 23, 2016 petition for revocation of Defendant Follet's supervised release. (Docs. 84 and 99). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Follet's admissions to the alleged violations, Judge Cavan recommends his supervised release be revoked. Judge Cavan further recommends that this Court sentence Follet to nine months incarceration with a lifetime term of supervised release to follow. Judge Cavan's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Follet's supervised release is revoked. Judgment will be entered by separate document.

DATED this 30th day of December, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge