IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 10 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-24-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ISAIAH THOMAS FOLLET, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Formal Dispositional Hearing set for **Wednesday, April 11, 2018 at 9:30 a.m.** is **VACATED** and will be reset at a later date and time under separate Order.

The clerk is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 10th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1